UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANGELA LYNN CONNOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    1:13-cv-00219-JAW |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision

filed on June 28, 2014 (Docket # 21), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and

herby is AFFIRMED.

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF U.S. DISTRICT JUDGE

Dated this 16th day of July, 2014